

Entered on Docket
October 14, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3  (702) 853-0700

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| JOSE SANCHEZ | BKS-10-25636-LBR |
| BLANCA SANCHEZ | |
|  | Hearing Date: N/A |
| Debtors | Hearing Time: N/A |
| | |
| **LAW OFFICES OF IHAB T OMAR** | |
| **Attorney for Debtors** | |

### EX-PARTE ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules B - C, E, G-H; Statement of Financial Affairs and Chapter 13 Plan as required within the forty-five (45) day period, which expired on October 02, 2010.

. . .

. . .

. . .

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
8 KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: October 07, 2010
9 (tsw)